```
 1  WILLIAM G. MALCOLM, #129271
    KEVIN HAHN, #231579
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)

 5  Attorneys for Secured Creditor,
    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11  In re:                       )    Bankruptcy No. 09-40380
                                 )
12  MATTHEW EDWIN DORRICOTT and  )    Chapter 13
    ALLISON ELLEN DORRICOTT,     )
13                               )    REQUEST FOR SPECIAL NOTICE
                 Debtor(s).      )
14  _____)    (No Hearing Date Required)

15        PLEASE TAKE NOTICE that JPMORGAN CHASE BANK, NATIONAL

16  ASSOCIATION, by and through its attorneys of record, MALCOLM ♦

17  CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and

18  9010 of the Federal Rules of Bankruptcy Procedure, that all

19  notices sent in this case and all papers and pleadings filed in

20  this case be served upon the undersigned as follows:

21                      William G. Malcolm, Esq.
                        MALCOLM ♦ CISNEROS, a Law Corporation
22                      2112 Business Center Drive, 2nd Floor
                        Irvine, California 92612
23
    DATED: February 24, 2009     MALCOLM ♦ CISNEROS
24

25                               By:/s/WILLIAM G. MALCOLM
                                    WILLIAM G. MALCOLM
26                                  Attorneys for Secured Creditor,
                                    JPMORGAN CHASE BANK, NATIONAL
27                                  ASSOCIATION

28
```

PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On February 24, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Matthew Edwin Dorricott
> Allison Ellen Dorricott
> 1093 W. Cypress Rd.
> Oakley, CA 94561
>
> Patrick L. Forte
> Law Offices of Patrick L. Forte
> 1 Kaiser Plaza #480
> Oakland, CA 94612-3610
>
> Martha G. Bronitsky
> Chapter 13 Trustee
> P.O. Box 5004
> Hayward, CA 94540-5004

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2009, at Irvine, California.

/S/ Jessica Wu
JESSICA WU