PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          No. 09-40380 RN

**MATTHEW EDWIN DORRICOTT and**                 Chapter 13
**ALLISON ELLEN DORRICOTT,**
                                                MOTION TO MODIFY CHAPTER 13 PLAN;
           Debtors.                             NOTICE TO CREDITORS OF
_____/                DEADLINE TO REQUEST A HEARING

    The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors shall surrender the 2005 Toyota Tacoma to Toyota Motor Credit Corporation in full satisfaction of its claim.

    The modification is sought on the following grounds:

Debtors cannot afford to make direct payments to Toyota.

    **NOTICE IS HEREBY GIVEN:**

    (i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii)   That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)   That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)   That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: July 26, 2010

                               /s/ Corrine Bielejeski
                               CORRINE BIELEJESKI
                               Attorney for Debtors